# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

No. 07-1369

September Term 2009

**STB-ExParte646**

**Filed On:** October 23, 2009

CSX Transportation, Inc.,

      Petitioner

      v.

Surface Transportation Board and United
States of America,

      Respondents

------------------------------

American Chemistry Council, et al.,
      Intervenors
------------------------------

Consolidated with 07-1370, 07-1371, 07-1372,
07-1410, 08-1194

      **BEFORE:**    Rogers, Tatel, and Griffith, Circuit Judges

## O R D E R

     Upon consideration of the petition of Norfolk Southern Railway Company for panel rehearing filed on July 24, 2009, and the response thereto, it is

     **ORDERED** that the petition for rehearing be granted and the opinion filed June 9, 2009, be amended as set forth in the opinion issued this date. It is

     **FURTHER ORDERED** that the judgment of the court issued June 9, 2009, be vacated. The Clerk is directed to enter a new judgment.

     The Clerk is directed to issue the mandate seven days after the issuance of this order. <u>See</u> Fed. R. App. P. 41; D.C. Cir. Rule 41.

**Per Curiam**

                **FOR THE COURT:**
                Mark J. Langer, Clerk

      BY:    /s/
               Michael C. McGrail
               Deputy Clerk